IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

      Plaintiff,                    No. 2:12-cv-0771 KJN P

     vs.

BONNIE LEE, et al.,

      Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff did not date or sign the application. In addition, the certificate portion of the request has not been filled out by institutional staff, although plaintiff has filed a limited certified copy of his prison trust account statement. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will again be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his prison trust account in support of his application.

////

////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

    a. A complete Application to Proceed In Forma Pauperis By a Prisoner (including plaintiff's signature, the date signed, and the completion, by institutional staff, of the "certificate" portion of the application); and

    b. A certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: May 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bont0771.3c+newjfm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | |
|     Plaintiff, | No. 2:12-cv-0771 KJN P |
|     vs. | |
| BONNIE LEE, et al., | NOTICE OF SUBMISSION |
|     Defendants. | |
| _____/ | |

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____  Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

_____
Plaintiff

3